UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLEMING, an individual and R AND C OILFIELD SERVICES, LLC, an Oklahoma limited liability company,<br><br>          Plaintiffs,<br><br>v.<br><br>WIND ENERGY TRANSPORT, LLC, a California  limited liability company, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 8:20-CV-2125-DOC-KES<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6), THE RELATED BRIEFING SCHEDULE AND SCHEDULING CONFERENCE [16] |

**ORDER**

The Court has reviewed the parties' Stipulation.  GOOD CAUSE exists to extend Defendant's response deadline as follows:

1.     Plaintiffs will file their Opposition to Defendant's Motion to Dismiss ("Motion") on or before January 25, 2021;

2.     Defendant will file its Reply in support of its Motion on or before February 1, 2021;

3.     The hearing on Defendant's Motion [13] shall be continued to February 22, 2021 at 8:30 a.m.; and

4.     The scheduling conference shall be continued to February 22, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  January 8, 2021          

_David O. Carter_

_____
Honorable Judge David O. Carter

*ORDER*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*ORDER*