**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Fleming, et al. | CASE NUMBER: |
| | 8:20-cv-02125-DOC-KESx |
| PLAINTIFF | |
| v. | |
| Wind Energy Transport, LLC, et al. | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on   August 19, 2021 as docket number 42     (the "Offer of Judgment"), judgment is hereby entered for

Robert Fleming, et al.

and against

Wind Energy Transport, LLC, et al.

according to the terms set forth in the Offer of Judgment.

Date:  September 2, 2021

By:  _David O. Carter_

United States District Judge  ▾