# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLEMING, an individual and R AND C OILFIELD SERVICES, LLC, an Oklahoma limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WIND ENERGY TRANSPORT, LLC, a California limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:20-CV-2125-DOC (KESx)<br><br>ORDER GRANTING STIPULATION FOR ATTORNEY'S FEES PURSUANT TO FRCP 54 [54]<br><br>Date: October 25, 2021<br>Time: 8:30 a.m.<br>Crtrm: 9D<br><br>Complaint Filed: November 5, 2020<br>Trial Date: None Set |

Plaintiffs' Motion For Attorney's Fees Pursuant To FRCP 54 is GRANTED.

THEREFORE, IT IS HEREBY ORDERED THAT: Plaintiffs shall be awarded attorneys' fees in the amount of **$42,130**, which includes $2,700 in fees incurred in the time expended by counsel for Plaintiffs to prepare this Motion.

IT IS SO ORDERED.

Dated: November 9, 2021

*/s/ David O. Carter*
DAVID O. CARTER
U.S. District Judge