# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLEMING, an individual and R AND C OILFIELD SERVICES, LLC, an Oklahoma limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WIND ENERGY TRANSPORT, LLC, a California limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  8:20-CV-2125-DOC-KESx<br><br>**ORDER GRANTING JOINT STIPULATION RE AWARD OF ATTORNEY'S FEES AND COSTS**<br><br><br>Complaint Filed:  November 5, 2020<br>Trial Date:           None Set |

The Court has reviewed the Joint Stipulation filed by Plaintiffs Robert Fleming and R and C Oilfield Services, LLC ("Plaintiffs") and Defendant Wind Energy Transport, LLC ("Defendant").

**IT IS HEREBY ORDERED THAT:**

1. Defendant shall make, and Plaintiffs shall accept, a single payment ("Payment") for the settlement amount agreed upon by the Parties via a wire transfer or cashier's check in full settlement of the attorney's fees and costs due to Plaintiffs in the above-captioned action.

2. Defendant shall make the Payment within three (3) business days from the date this Order is entered and filed ("the Payment deadline"). Plaintiffs, through their counsel, shall file a notice with the Court within three (3) business days of the Payment deadline confirming their receipt of the Payment.

3. Upon the entry of this order, Plaintiffs shall be deemed to have withdrawn their Motion for Attorney's Fees Pursuant to FRCP 54 ("Motion") [Dkt. 48]. Accordingly, the hearing on the Motion set for November 15, 2021 is taken off calendar.

4. This Court retains jurisdiction to enforce the terms of this stipulation until the Payment has been made.

5. In the event that Defendant fails to make the timely Payment to Plaintiffs, then Plaintiffs may refile a motion for attorney's fees seeking relief from the Court. Plaintiffs shall file a notice with the Court requesting that the Court enter a scheduling order to set the hearing on the motion and the related briefing schedule.

**IT IS SO ORDERED.**

Dated: November 10, 2021

*David O. Carter*
HONORABLE DAVID O. CARTER